UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION No. 7:24-CR-04-KKC

UNITED STATES OF AMERICA                                                                              PLAINTIFF

V.    **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

CHRISTOPHER CHAPMAN                                                                                    DEFENDANT

\* \* \* \* \*

On July 15, 2024, the Defendant, through counsel, filed a motion to modify the Defendant's pre-trial conditions of release to allow him to travel to the Southern District of West Virginia to work. [DE 16]. Due to the proximity of the Defendant's residence to the West Virginia border, the United States does not oppose this motion.

> Respectfully Submitted,
> CARLTON S. SHIER, IV
> UNITED STATES ATTORNEY
>
> By: s/ Brittany A. Dunn-Pirio
> Assistant United States Attorney
> 260 W. Vine Street, Suite 300
> Lexington, Kentucky 40507-1612
> (859) 685-4888
> Brittany.Dunn-Pirio@usdoj.gov

**CERTIFICATE OF SERVICE**

On July 19, 2024, I electronically filed the foregoing using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

> s/ Brittany A. Dunn-Pirio
> Assistant United States Attorney