FILED

APR 0 7 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF KENTUCKY

## PIKEVILLE DIVISION

APR 0 7 2026

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 7:24-cr-004-KKC-EBA-1 |
| | ) | |
| CHRISTOPHER CHAPMAN, | ) | Honorable District Judge |
| Defendant. | ) | Karen K. Caldwell |

## MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE
## PURSUANT TO 18 U.S.C. § 3583(e)(2)

**COMES NOW** the Defendant, **CHRISTOPHER CHAPMAN**, and respectfully moves this

Honorable Court pursuant to 18 U.S.C. § 3583(e)(2) to modify the conditions of his supervised

release. In support thereof, Defendant states as follows:

1. On April 7, 2025, this Court sentenced Defendant to a term of imprisonment followed by

    a three-year term of supervised release.

2. Defendant was released from Bureau of Prisons custody on February 19, 2026, and is

    currently serving his term of supervised release.

3.  As part of the standard conditions of supervision, Defendant is subject to the condition that he "must not knowingly leave the federal judicial district where [he is] authorized to reside without first getting permission from the court or the probation officer."

4.  Defendant is currently employed by C.C. Chapman's Towing & Recovery, located at 1031 Upper Blackberry Rd, Ransom, Kentucky 41558, where he serves as a Roadside Assistance Team Leader / Scene Safety Officer.

5.  Defendant's employment requires active highway monitoring along the U.S. 119 corridor and immediate response to emergency roadside situations, including assisting disabled motorists, performing vehicle recovery services, and providing accident scene safety and traffic control.

6.  Due to the nature of emergency roadside work, Defendant must frequently travel across state lines into West Virginia, including Mingo, Logan, Lincoln, Wyoming, McDowell, Wayne, Cabell, Boone, and Kanawha counties.

7.  Defendant works overnight patrol hours from 6:00 p.m. to 6:00 a.m., remains on-call 24 hours a day for emergency dispatch, and serves as a primary weekend lead. These duties require immediate response and do not allow sufficient time to obtain case-by-case travel permission.

8. Importantly, this Court previously authorized substantially identical travel during Defendant's pretrial release. By Order entered July 24, 2024 (DE 18), the Court permitted Defendant to travel and work within the Southern District of West Virginia in addition to the Eastern District of Kentucky.

9. The Court's prior authorization demonstrates that such travel is consistent with public safety and appropriate under supervision.

10. Since his release, Defendant has complied with all conditions of supervised release and is actively working toward rehabilitation and reintegration through lawful employment.

11. The current travel restriction imposes a greater deprivation of liberty than is reasonably necessary to accomplish the goals of sentencing under 18 U.S.C. § 3553(a), particularly where it interferes with lawful employment and public safety services.

12. Defendant respectfully requests that the Court modify the above-referenced condition to allow employment-related travel outside the district without the need for prior case-by-case approval, subject to supervision.

13. Specifically, Defendant proposes that the condition be modified to read as follows:

"Defendant may travel outside the Eastern District of Kentucky for verified employment purposes with C.C. Chapman's Towing & Recovery, including travel into the State of West Virginia and surrounding counties, provided that Defendant remains in contact with and under the supervision of the United States Probation Office and complies with all reporting requirements."

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order modifying the conditions of supervised release as set forth herein.

Respectfully Submitted,

Christopher Chapman
Defendant/Pro-Se

Case Nos.: 7:24-cr-004-KKC-EBA-1

## VERIFICATION

I, **CHRISTOPHER CHAPMAN**, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing document and that it is true and correct to the best of my knowledge, information, and belief.

Dated this 27th day of March 2026.

Signed,

Christopher Chapman

## CERTIFICATE OF SERVICE

I hereby certify that on March 27th, 2026, I mailed the foregoing Motion with the Clerk of Court for the United States District Court for the Eastern District of Kentucky, which will generate electronic notice to all counsel of record. All interested parties are CM/ECF users and are not exempt from electronic service.

Dated this 27th day of March 2026.

Signed,

Christopher Chapman